OPINIONS PER CURIAM, ETC., FROM OCTO-
BER 11, 1915, TO JANUARY 17, 1916.

No. 530. GEORGE D. LANCASTER ET AL., PLAINTIFFS IN
ERROR, *v.* JAMES W. THACKER ET AL. In error to the Court
of Appeals of the State of Kentucky. Motion to dismiss or
affirm or place on summary docket submitted October 12,
1915. Decided October 25, 1915. *Per Curiam.* Dismissed
for want of jurisdiction upon the authority of (1) *Con-
solidated Turnpike* v. *Norfolk &c. Railway Co.*, 228 U. S.
596, 600; *Manhattan Life Insurance Co.* v. *Cohen*, 234 U. S.
123, 137; *Easterling Lumber Co.* v. *Pierce*, 235 U. S. 380;
(2) *Mugler* v. *Kansas*, 123 U. S. 623; *Rippey* v. *Texas*, 193
U. S. 504; *Eberle* v. *Michigan*, 232 U. S. 700. *Mr. Bynum
E. Hinton* and *Mr. J. H. Hazelrigg* for the plaintiffs in
error. *Mr. T. L. Edelen* for the defendants in error.

No. 549. WILLIAM WALLBRECHT, SR., ET AL., PLAIN-
TIFFS IN ERROR, *v.* E. N. INGRAM ET AL. In error to the
Court of Appeals of the State of Kentucky. Motion to dis-
miss or affirm or place on summary docket submitted
October 12, 1915. Decided October 25, 1915. *Per Curiam.*
Dismissed for want of jurisdiction upon the authority of
*Waters-Pierce Oil Co.* v. *Texas* (No. 2), 212 U. S. 112, 118;
*Deming* v. *Carlisle Packing Co.*, 226 U. S. 102; *Overton* v.
*Oklahoma*, 235 U. S. 31. *Mr. Lawrence Maxwell* and *Mr.
James H. Hazelrigg* for the plaintiffs in error. *Mr. T. L.
Edelen* for the defendants in error.